722

## Commonwealth ex rel. Clark, Appellant, *v.* Maroney.

Submitted November 8, 1965. *William Clark,* appellant, in propria persona; *Edward B. Doran,* Assistant District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Thompkins, Appellant, *v.* Maroney.

Submitted November 8, 1965. *Douglas Thompkins,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

December 16, 1965

## Commonwealth ex rel. Spensky, Appellant, *v.* Maroney.

Argued November 11, 1965. *Louis Abromson,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Hubert I. Teitelbaum,* with him *Martin M. Sheinman,* and *Morris, Safier & Teitelbaum,* for appellee.

OPINION PER CURIAM:

The hearing judge refused to permit the introduction by the Commonwealth of an after-discovered court record which we think should have been received in evidence. The case, therefore, is remanded for further hearing.

FLOOD, J., absent.